PROB 12C
(Rev.2011)

# United States District Court
## for
## Middle District of Tennessee

## Petition for Warrant for Offender Under Supervision

Name of Offender: <u>Michael Reynolds</u>　　　　　　　　　　Case Number: <u>3:09-00293</u>

Name of Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>March 31, 2011</u>

Original Offense: <u>False Claims to Internal Revenue Service, Counts One and Two</u>

Original Sentence: <u>18 months' custody, 36 months' supervised release on each count, concurrently</u>

Type of Supervision: <u>Supervised Release</u>　　　　Date Supervision Commenced: <u>July 6, 2012</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>　　　　　Defense Attorney: <u>Jude Lenahan</u>

---

### PETITIONING THE COURT
　　**X**　　To issue a Summons.
　　___　　To issue a Warrant.

---

**THE COURT ORDERS:**
☐ No Action
☐ The Issuance of a Warrant:
　　☐ Sealed Pending Warrant Execution
　　　(cc: U.S. Probation and U.S. Marshal only)
☒ The Issuance of a Summons.
☐ Other

Considered this 29th day of August, 2013
and made a part of the records in the above case.

_____
William J. Haynes Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place　　　　Clarksville, TN

Date　　　　August 19, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.**     **The defendant shall not commit another federal, state, or local crime.**

Michael Reynolds was arrested in Williamson County, Tennessee, on July 26, 2013, for Criminal Impersonation. He was released on a $1,500 bond and scheduled to appear in court on August 15, 2013. He appeared in court on August 15, 2013, and the case was set for trial for October 1, 2013.

According to the affidavit of complaint, on July 26, 2013, Franklin police were dispatched to the Williamson Medical Center, 4321 Carothers Parkway, for a person using a false identity at the emergency room to receive medical services. The police officer made contact with the male, first using the name, Christopher Shane Jones, date of birth June 19, 1970, and social security number 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. The investigation determined the male to be Michael J. Reynolds. Mr. Reynolds' date of birth is March 5, 1968, and his social security number is 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. Mr. Reynolds used information with the intent to defraud another person.

**2.**     **The defendant shall pay $7,025 restitution, and a $200 special assessment.**

Michael Reynolds has not submitted any payments toward restitution, and owes a balance of $175 toward the special assessment. Mr. Reynolds was ordered to pay restitution at the minimum monthly rate of 10 percent of his gross monthly income.

**Compliance with Supervision Conditions and Prior Interventions:**

Prior to his release, on June 15, 2012, Mr. Reynolds' conditions of supervision were modified to allow a 12-month placement at Oxford House, a transitional living facility. Michael Reynolds commenced the three-year term of supervision on July 6, 2012. Mr. Reynolds has elected to remain at Oxford House beyond the ordered 12-month period. Mr. Reynolds reported being employed by Red Rock Tile Works from July 2012 until October 2012, earning $8.25 per hour. He reported employment with River City Erectors, earning $10 per hour from December 2012 to January 2013, when he was laid off. He reported employment with G and P Boat Sales starting at the end of July 2013, until the present, and earning $10 an hour. He also reported employment with Red Rock Tile Works at the beginning of August 2013, until the present, and earning $9 an hour. Verification of employment has been requested but not received. Mr. Reynolds has not submitted any payments toward restitution and owes a remaining balance of $175 toward the special assessment. He has been instructed to submit monthly payments of 10 percent of his gross monthly income toward his financial obligations.

As noted above, the defendant was arrested on July 26, 2013, and charged with Criminal Impersonation. Mr. Reynolds reported the arrest to the probation officer within a timely manner. He did not make any statement to the probation officer regarding his arrest.

## Update of Offender Characteristics:

There is no additional information relevant to this section that has not already been provided in this petition.

## U.S. Probation Officer Recommendation:

It is respectfully recommended that a summons be issued for Michael Reynolds so that he may appear before the Court to answer to the violation behavior outlined above. This case and its related incidents have been reported to Assistant U.S. Attorney Sandra Moses, who concurs with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

## SENTENCING RECOMMENDATION
## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## UNITED STATES V. MICHAEL REYNOLDS, CASE NO. 3:09-00293

**GRADE OF VIOLATION:** C
**CRIMINAL HISTORY:** VI

**ORIGINAL OFFENSE DATE:** POST APRIL 30, 2003     PROTECT ACT PROVISIONS

| | Statutory Provisions | Guideline Provisions | Recommended Sentence |
|---|---|---|---|
| CUSTODY: | 2 years (Class D felony) 18 U.S.C. § 3583(e)(3) | 8-14 months | No recommendation |
| SUPERVISED RELEASE: | 36 months | 36 months less any term of imprisonment 18 U.S.C. 3583(h) | No recommendation |

**Guideline Policy Statements:** Upon a finding of a Grade C violation the Court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G.§ 7B1.3(a)(2).

Respectfully Submitted

Lisa L. House
U.S. Probation Officer

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer